[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 13, 2007
THOMAS K. KAHN
CLERK

No. 06-13599
Non-Argument Calendar

_____

D. C. Docket No. 06-00023-CR-1-CLS-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LATURUS MONTRAIL STONE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 13, 2007)**

Before BIRCH, BLACK and CARNES, Circuit Judges.

PER CURIAM:

Kenneth F. Gray, appointed counsel for Laturus Montrail Stone in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stone's conviction and sentence are **AFFIRMED**.